1 **UDALL LAW FIRM, LLP**
ATTORNEYS AT LAW
2 2198 E. CAMELBACK ROAD, SUITE 375
PHOENIX, AZ 85016
3 T (602) 222-4848
F (602) 222-4858
4 tburke@udalllaw.com
minuteentries@udalllaw.com
5 Thomas P. Burke, II SBN 9631
Bret S. Shaw SBN 31732
6 Attorneys for Defendants Gene and Jeanne Roelfsema

7 **UNITED STATES DISTRICT COURT**

8 **DISTRICT OF ARIZONA**

| | |
|---|---|
| MARIA C. BENITEZ,<br><br>                    Plaintiff,<br><br>vs.<br><br>GENE GORDON ROELFSEMA and JEANNE ROELFSEMA, husband and wife; JOHN DOES I-V; JANE DOES I-V; ABC CORPORATIONS I-V; XYZ PARTNERSHIPS I-V; Inclusive,<br><br>                    Defendants. | NO.  2:17-CV-04209-JJT<br><br>**DEFENDANTS' NOTICE OF SERVICE OF MANDATORY DISCOVERY** |

Notice of is given that on March 23, 2018 Defendants served Defendant's Responses to Mandatory Discovery upon Plaintiff.

This service was accomplished this same date by emailing the above document to the email address below:

>  M. David Karnas, Esq.
>  KARNAS LAW FIRM, P.C.
>  karnas@karnaslaw.com

DATED this 23rd day of March, 2018.

>  UDALL LAW FIRM, LLP
>
>  By /s/Bret S. Shaw
>       Thomas P. Burke, II
>       Bret S. Shaw
>       Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on 23rd day of March, 2018, a copy of the foregoing **DEFENDANTS' NOTICE OF SERVICE OF MANTATORY DISCOVERY** was electronically filed with the Clerk of the Court, United States District Court, Arizona, and a copy of the foregoing e-served to all related parties via the Court's CM/ECF System:

>M. David Karnas, Esq.
>KARNAS LAW FIRM, P.C.
>565 S. 4th Avenue
>Yuma, AZ  85364
>Attorney for Plaintiff


>By*/s/Michelle Bryant*